UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) NO. 13-00176
)
SCHWINDT, Steve M. )
)
    Debtor(s). ) DEBTOR'S MODIFICATION
) OF PLAN AND NOTICE THEREOF

Debtor hereby modifies the plan previously filed in these proceedings in the following respects:

1. The secured claim of Quantum3 Group LLC as agent for MOMA Funding LLC, (Kay Jewelers), claim no. 1, shall be treated in accordance with the surrender provisions of paragraph III.A.4.b. of the debtor's original plan.

### Certificate of Effect of Modification

2. The only creditor affected by this modification is the above named creditor, who has been notified.

NOTICE IS GIVEN that unless an objection to this modification of plan is filed with the Clerk of the Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210, and served upon VanNoy Culpepper, 3908 Creekside Loop #125, Yakima, WA 98902, no later than 24 days after the date of this modification of plan and notice thereof, the plan as modified shall become the plan.

DATED: 3/27/13

/s/ VanNoy Culpepper
VanNoy Culpepper, WSBA#11565
Attorney for Debtor

Debtors' Modification
Of Plan

VanNoy Culpepper
3908 Creekside Loop 125
Yakima, WA 98902
(509) 457-2490