```
                UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF WASHINGTON


In Re                             )  NO.  13-00176
                                  )
SCHWINDT, Steve M.                )  DEBTOR'S MODIFICATION
                                  )  OF PLAN AND NOTICE THEREOF
      Debtor(s).                  )
```

Debtor hereby modifies the plan previously filed in these proceedings in the following respects:

1. The priority/secured claim of the Kittitas Reclamation District in the amount of $2,290.96 shall be paid 100% by the Chapter 13 Trustee as a secured claim as follows: $85.00 per month commencing July, 2013, with interest at 12% per annum from date of filing.

2. The debtor's new base shall be as follows with new monthly plan payments as set forth below:

       $875.00 x 2 months   =   $ 1,750.00
       (2-13 through 3-13)

       $935.00 x 2 months   =   $ 1,870.00
       (4-13 through 5-13)

       $985.00 x 32 months =   $31,520.00
       (6-13 through 1-15)

                   **NEW BASE   $35,140.00**

3. In accordance with the Notice of Postpetition Mortgage Fees, Expenses and Charges filed in this case, the debtor shall pay $425.00 directly to Federal National Mortgage Association/Seterus, Inc., in accordance with paragraph III.B.1. "Disbursements Made by Debtor" of the debtor's original plan.


Debtor's Modification                         VanNoy Culpepper
  Of Plan                                3908 Creekside Loop 125
                                           Yakima, WA 98902
                                           (509) 457-2490

**Certificate of Effect of Modification**

    The only creditors affected by this modification are Federal National Mortgage Association/Seterus, Inc., Seterus, Inc., and Kittitas Reclamation District, whose attorneys have been notified electronically.

    NOTICE IS GIVEN that unless an objection to this modification of plan is filed with the Clerk of the Bankruptcy Court, P.O. Box 2164, Spokane, WA 99210, and served upon VanNoy Culpepper, 3908 Creekside Loop #125, Yakima, WA 98902, no later than 24 days after the date of this modification of plan and notice thereof, the plan as modified shall become the plan.

    DATED: 5/15/13

    /s/ VanNoy Culpepper
    VanNoy Culpepper, WSBA#11565
    Attorney for Debtor

Debtor's Modification
  Of Plan

VanNoy Culpepper
3908 Creekside Loop 125
Yakima, WA 98902
(509) 457-2490